[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 505.]

THE STATE EX REL. THORNTON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF

OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Thornton v. Indus. Comm.*, 2000-Ohio-466.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel.*
*Gay relief ordered.*

(No. 98-1899—Submitted November 16, 1999—Decided January 19, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD07-899.

————————————

*Law Office of Thomas Tootle* and *Thomas Tootle*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Craigg E. Gould*, Assistant
Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed.  The cause is
returned to the Industrial Commission for relief consistent with *State ex rel. Gay v.
Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I respectfully dissent and would affirm the judgment of the court of
appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————————